AT CCB 550 42:1983pr

CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE __AT__  DIVISION __Atlanta__
MAG. JUDGE __CCB__  IFP _____  FEE __X__
DATE FILED __10/8/21__  PREVIOUS CASES _____

NAME __Timothy O'Neil__  ID # _____
PRO SE _____  ATTORNEY __Mark Begnauld__
PLACE OF INCARCERATION _____
CITY _____  STATE _____  COUNTY _____

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence.  _____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | _X_42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions.  A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions.  A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions.  A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ _____ | OTHER: _____ |

_____ DOCKET CLERK:  Place cover sheet on top of docket sheet and file.  FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:
____Pauper's affidavit insufficient or no affidavit
____Complaint or petition not signed or is incomplete
____No copies
____Other: _____