IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY O'NEIL,<br><br>          Plaintiff,<br>v.<br><br>SHERIFF VICTOR HILL,<br><br>          Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-04173-AT-CCB |

## **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Victor Hill (hereinafter "defendant"), by and through the undersigned counsel of record, and hereby files this motion to dismiss plaintiff's complaint (Doc. 1). Pursuant to Fed. R. Civ. P. 12(b), defendant respectfully requests that this Court dismiss plaintiff's complaint due to plaintiff's failure to exhaust administrative remedies under the Prison Litigation Reform Act.

In support of this motion, defendant relies upon the arguments and citations to authority presented in the accompanying memorandum of law, which he files contemporaneously with this motion. For the reasons more fully set forth in the accompanying memorandum of law, defendant's motion should be granted.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450

                                      jhancock@fmglaw.com
                                      A. Ali Sabzevari
                                      Georgia Bar No. 941527
                                      asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

                                      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record:

> Mark Begnaud & Michael Eshman
> Eshman Begnaud, LLC
> 315 W. Ponce De Leon Ave
> Suite 775
> Decatur, GA 30030
> mbegnaud@eshmanbegnaud.com

This 31st day of January, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)