## ESHMAN | BEGNAUD
### Personal Injury & Civil Rights

315 W. Ponce De Leon Ave., Suite 775                                    (404) 665-9601 (t)
Decatur, GA 30030                                                        (404) 393-5019 (f)

**VIA EMAIL**
July 16, 2021

ATTN: Records Custodian
Clayton County Sheriff's Office
9157 Tara Blvd.
Jonesboro, GA 30236

RE:   Open Records Act Request
      Your inmate:  Timothy O'Neil A.K.A. Timothy O'Neal

Dear Sir or Madam:

This is a public records request asking that the Clayton County Sheriff's Office and Jail provide copies of the following records within their possession:

1.  The complete inmate file for Mr. Timothy O'Neil (A.K.A. Timothy O'Neal), arrested and booked into the Clayton County Jail on or about October 8, 2019 through October 25, 2019. Please include all documents, grievances, kiosk requests, incident reports, investigative reports, EMS reports, interviews statements, video recordings, audio recordings, emails, text messages, photographs or communications of any kind pertaining to Mr. O'Neil, including any records associated with any use(s) of force or disciplinary actions against Mr. O'Neil.

2.  Any communications, including emails, text messages, written statements, and oral statements between employees of the Clayton County Sheriff's Office regarding Mr. O'Neil.

3.  Any and all documents or records reflecting any insurance policy which may cover an employee of the Clayton County Sheriff's Office and Jail, including the declarations page and policy itself.

      This request is made pursuant to O.C.G.A.  Sec. 50-18-70, et seq., and the Georgia Supreme Court's ruling in *Napper v. Georgia Television Co.,*  257 Ga. 156, 356 S.E.2d 640 (1987).  For the purpose of this request, "records" includes all information which is in possession of your agency, including all documents, papers, letters, maps, books, audio recordings or tapes, video recordings or tapes, photographs. computer based or generated information, data, data fields, or similar material prepared and maintained or received by your agency or by a private  person or entity  in the performance  of a service or function for or on behalf of your agency or documents  that  have been transferred to a private  person or entity  by your agency for storage or future  governmental  use. However, to the extent that there is a CD, DVD, or other digital record of the requested records, we ask that the records be provided on a CD, DVD, or other digital recording medium to minimize cost and promote ease of copying and access by both parties.

(pg. 2)

If this request is denied in whole or in part, we ask that you cite in writing the specific statutory exemption upon which you have relied, as required by law. We also ask that you release all separate portions of otherwise exempt material.  Please waive any costs associated with this request, or first inform us about such costs as required by Georgia law. We reserve the right to demand inspection of requested documents should costs be excessive or impracticable.

This letter is further being sent to you for the purpose of compelling you to preserve evidence that will be pertinent to allegations of liability and damages in a lawsuit against agents of the Clayton County Sheriff's Office and Jail, O.C.G.A. § 24-14-22. Loss, destruction, or other spoliation of records requested in this letter is prohibited and may subject you to severe sanctions pursuant to Georgia law. See *Chapman v. Auto Owners Ins. Co.,* 220 Ga. App. 539, 469 S.E.2d 783 (1996).  Please note that the use of "you" or "your" below refers to the Clayton County Sheriff's Office and Jail, as well as any agents of the Clayton County Sheriff's Office and Jail and any third party you may utilize to process, store or otherwise handle any identified documents or data.  We specifically request that the records requested in this letter be maintained and preserved and not be destroyed, modified, altered, repaired or changed in any manner.

As you know, O.C.G.A. § 50-18-7l(b)(l)(A)  requires  a response by you within three business days of your receipt of this letter  and O.C.G.A. §§ 50-18-73 and 50-18-74 provide sanctions  for non-compliance.

Please email me at the address below if you have any questions. I appreciate your assistance in this matter.

Sincerely,

*C. Bly*
Charlye Bly
Eshman Begnaud, LLC
cbly@eshmanbegnaud.com
(f) 404 393 5019

## Message History (6)

✉ On 7/23/2021 4:49:04 PM, Clayton County Public Records Center wrote:

**Subject:** [Records Center] Sheriff's Office Records Request :: S002227-071621
**Body:**

RE: PUBLIC RECORDS REQUEST of July 16, 2021, Reference # S002227-071621.

Dear Charlye Bly,

The Clayton County Sheriff's Office has received a public information request from you on July 16, 2021. Your request mentioned:

**"1. The complete inmate file for Mr. Timothy O'Neil (A.K.A. Timothy O'Neal), arrested and booked into the Clayton County Jail on or about October 8, 2019 through October 25, 2019. Please include all documents, grievances, kiosk requests, incident reports, investigative reports, EMS reports, interviews statements, video recordings, audio recordings, emails, text messages, photographs or communications of any kind pertaining to Mr. O'Neil, including any records associated with any use(s) of force or disciplinary actions against Mr. O'Neil.**

**2. Any communications, including emails, text messages, written statements, and oral statements between employees of the Clayton County Sheriff's Office regarding Mr. O'Neil.**

**3. Any and all documents or records reflecting any insurance policy which may cover an employee of the Clayton County Sheriff's Office and Jail, including the declarations page and policy itself."**

This office has reviewed its files and has located responsive records to your request. Please log in to the Clayton County Public Records Portal at the following link to retrieve the appropriate responsive documents.

[Sheriff's Office Records Request - S002227-071621](#)

If you have any questions, or wish to discuss this further, please contact me.


**Notes: I've attached all the emails we were able to locate about Mr. O'Neil with the dates provided. I'm not clear on what insurance policy you're asking for. I'll leave this request open on the weekend if you wish to provide more information or you could email us at kali.huitt@claytoncountyga.gov if you'd like to provide specifics. If not I'll close this request by the end of Tuesday July 27, 2021.**

Sincerely,

Kali Huitt
6784795398
Sheriff's Office



✉ On 7/21/2021 5:28:19 PM, Clayton County Public Records Center wrote:

**Subject:** [Records Center] Sheriff's Office Records Request :: S002227-071621
**Body:**

RE: PUBLIC RECORDS REQUEST of July 16, 2021., Reference # S002227-071621.

Dear Charlye Bly,

The Clayton County Sheriff's Office received a public information request from you on July 16, 2021. Your request mentioned:

**"1. The complete inmate file for Mr. Timothy O'Neil (A.K.A. Timothy O'Neal), arrested and booked into the Clayton County Jail on or about October 8, 2019 through October 25, 2019. Please include all documents, grievances, kiosk requests, incident reports, investigative reports, EMS reports, interviews statements, video recordings, audio recordings, emails, text messages, photographs or communications of any kind pertaining to Mr. O'Neil, including any records associated with any use(s) of force or disciplinary actions against Mr. O'Neil.**

**2. Any communications, including emails, text messages, written statements, and oral statements between employees of the Clayton County Sheriff's Office regarding Mr. O'Neil.**

**3. Any and all documents or records reflecting any insurance policy which may cover an employee of the Clayton County Sheriff's Office and Jail, including the declarations page and policy itself."**

Thank you for your clarification, we are in the process of forwarding your request to the relevant departments. We will update you on this request on 7/23/2021.

If you have any questions or need additional information, please feel free to contact my office at 6784795398.

Sincerely,

Kali Huitt
Sgt. K. Huitt
Sheriff's Office



 On 7/20/2021 10:54:02 AM, Charlye Bly wrote:

TO: "Clayton County Public Records Center"[claytoncountyga@govqa.us]

Good Morning Ms. Huitt,

Attorney Mark Begnaud (GA Bar #217641) is currently investigating Mr. O'Neil's case. We are not in suit at the moment, so there is no entry of appearance.

Let me know what else I can provide for you to fulfill this request.

Thank you,

C. Bly
Eshman Begnaud, llc
315 W. Ponce De Leon Avenue, Suite 775
Decatur, GA 30030
404.665.9601 (office)
404.393.5019 (fax)
cbly@eshmanbegnaud.com
www.eshmanbegnaud.com

From: Clayton County Public Records Center

Sent: Tuesday, July 20, 2021 10:24 AM
To: Charlye Bly
Subject: [Records Center] Sheriff's Office Records Request :: S002227-071621



✉ On 7/20/2021 10:23:35 AM, Clayton County Public Records Center wrote:

**Subject:** [Records Center] Sheriff's Office Records Request :: S002227-071621
**Body:**

Dear Charlye Bly,

The Clayton County Sheriff's Office is in receipt of your Georgia Open Records Act Request submitted on July 16, 2021. You have requested the following:

**"1. The complete inmate file for Mr. Timothy O'Neil (A.K.A. Timothy O'Neal), arrested and booked into the Clayton County Jail on or about October 8, 2019 through October 25, 2019. Please include all documents, grievances, kiosk requests, incident reports, investigative reports, EMS reports, interviews statements, video recordings, audio recordings, emails, text messages, photographs or communications of any kind pertaining to Mr. O'Neil, including any records associated with any use(s) of force or disciplinary actions against Mr. O'Neil.**

**2. Any communications, including emails, text messages, written statements, and oral statements between employees of the Clayton County Sheriff's Office regarding Mr. O'Neil.**

**3. Any and all documents or records reflecting any insurance policy which may cover an employee of the Clayton County Sheriff's Office and Jail, including the declarations page and policy itself."**

Additional information is required to complete your request as the request is vague. This letter is to clarify what information that you are seeking from this office. Please see directly below for which details need clarification:

**Are you the attorney on record? Please provide your entry of appearance.**

If you would like for this office to proceed with your public information request, please provide clarifications within two (2) business days from 07/20/2021. Otherwise, this office will consider your request withdrawn.

You may provide a response to the this office by any of the following methods:

1. by responding to this email
2. contacting the undersigned via phone at 6784795398

Upon receipt of your clarification, this office will further respond to your Georgia Open Records Act Request as required by law, including providing you with an estimate of costs associated with producing the requested records.

If you have any questions, please contact my office at 6784795398. Thank you for your attention.

Sincerely,

Kali Huitt
6784795398
Sheriff's Office



✉ On 7/16/2021 3:28:49 PM, Clayton County Public Records Center wrote:



Your request was received in this office on **7/16/2021** and given the reference number **S002227-071621** for tracking purposes.

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question. PLEASE NOTE: The State Public Information Act does not require a governmental body to create new information, to do legal research, or to answer questions.

Clayton County Sheriff's Office

To monitor the progress or update this request please log into the Public Records Portal





✉ On 7/16/2021 3:28:49 PM, Charlye Bly wrote:

Request Created on Public Portal



**Re: Use Of Force/Safety Restraint Chair**

| TG |
|---|

Tabatha Givens <Tabatha.Givens@claytoncountyga.gov>
Fri 10/11/2019 1:39 PM

☐

To:

- Terrance Gibson <Terrance.Gibson@claytoncountyga.gov>

Cc:

- Leconte Jackson;
- Elvis Lynch <Elvis.Lynch@claytoncountyga.gov>;
- Corey Hill <Corey.Hill@claytoncountyga.gov>

+26 others

This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728

I'm clear Sir.


**Tabatha Givens– Correctional Sergeant**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4415 / **Cell:** 678-672-8522
**Fax:** 770-477-4412
**Email:** Tabatha.Givens@claytoncountyga.gov


On Oct 11, 2019, at 1:38 PM, Terrance Gibson <Terrance.Gibson@claytoncountyga.gov> wrote:

This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728

Good Job!!! Sounds good. Bump him up to 5 days on this term of special management meals. Thank you.


<image004.jpg> *Terrance D. Gibson Sr.*

**Terrance D. Gibson Sr.  – Correctional Captain**
**Assistant Jail Administrator**
**Administrative Operations**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4418 / **Cell:** 678-898-4552
**Fax:** 678-479-5371
**Email:** Terrance.Gibson@claytoncountyga.gov


Matthew 5:16

Let your light so shine before men, that they may see your good works, and glorify your Father which is in heaven.

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.

**From:** Tabatha Givens
**Sent:** Friday, October 11, 2019 1:23 PM
**To:** Leconte Jackson; Elvis Lynch; Terrance Gibson; Corey Hill; Kendrix Burns; Billy Butts; Anthony Washington; Elston Covington; John Brooks; Jateela Robinson; James Duhart; Lewis Lyons; Tabatha Givens; Benjamin Manley; Benjamin Walker; Robert Pauls; Paul Barnes; Victor Hill; Jorey Clark; Gwenevere McCord; Rayjaunda Hardnett; Demetris Johnson; Kevin Thomas; Maurice Johnson; Richard Moen; Mitzi Bickers; Keonye Jackson; William Brock; Tyrentheus Ray; Roland Boehrer; Sagar Das
**Subject:** Use Of Force/Safety Restraint Chair

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

| Inmate's Name | O'Neal Timothy James LE#2100478 |
|---|---|
| Date of Arrest | 10/08/2019 |
| Arresting Agency/ | Clayton County Police Department |
| Charges | • Assault-Aggravated |
| Court/Court Date | 10/11/2019 at 1000 hours 1st Appearance |
| Holds | Lancaster County Sheriff's Office |
| Bond Amount | None |

| **Comments** | On 10/11/2019,  at approximately 1140  hours, Sheriff V. Hill entered the facility to visit Inmate O'Neal Timothy James LE#2100478, in the Infirmary. During his visit Inmate O'Neal refused to follow the paramilitary rules and regulations and failed to answer any questions asked by Sheriff Hill. It was determined Inmate O'Neal be placed in the Safety Restraint Chair for his behavior. Sergeant D. Johnson instructed Inmate O'Neal to sit in the safety restraint chair and he secured all straps without incident. Licensed Practical Nurse C. Flemings cleared Inmate O'Neal for the safety restraint chair. A fifteen minute observation log was started. Inmate O'Neal is currently on Special Management Meal. He will be reevaluated when removed from the safety restraint chair to continue Special Management Meal for an additional three days if approved. |
| --- | --- |



*Tabatha E. Givens*

**Tabatha E. Givens– Correctional Sergeant**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4415 **/ Cell:** 678-672-8522
**Fax:** 770-477-4412
**Email:** Tabatha.Givens@claytoncountyga.gov

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.

**Update Re: Noteworthy First Appearance**

**VW**

Virginia Williams <Virginia.Williams@claytoncountyga.gov>
Wed 10/9/2019 9:00 AM

To:

- Christopher Philbert <Christopher.Philbert@claytoncountyga.gov>

Cc:

- Victor Hill;
- Roland Boehrer;
- Mitzi Bickers;
- Jonathan Manning <Jonathan.Manning@claytoncountyga.gov>;
- Eugene Peterkin <Eugene.Peterkin@claytoncountyga.gov>;
- Andra Sykes <Andra.Sykes@claytoncountyga.gov>;
- Jimmy Black <Jimmy.Black@claytoncountyga.gov>;
- Eugene Nobles <Eugene.Nobles@claytoncountyga.gov>;
- Peter Thompson

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

I/M O'Neal is currently located at Southern Regional Hospital. The presiding judge over First Appearance will also be advised. When we are notified of the judge who will be conducting his hearing, we will provide an escort and transportation to Southern Regional Hospital.

Sent from my iPhone
Virginia Williams

**Virginia Williams - Captain**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-473-5459 / **Cell:** 678-672-8521
**Fax:** 770-477-4464
**Email:** Virginia.Williams@claytoncountyga.gov


On Oct 9, 2019, at 8:05 AM, Christopher Philbert <Christopher.Philbert@claytoncountyga.gov> wrote:

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Inmate O'neal, Timothy LE # 2100478 is scheduled to appear in first appearance this morning. Inmate O'neal is charged with being a fugitive from justice. Inmate Oneil has an active warrant

out of Nebraska for terroristic threats. Prior to entering the facility inmate Oneil was involved in a incident where he was discharging his firearms toward law enforcement officers.

Inmate Solis, Mary LE # 1733495 is scheduled to appear in first appearance this morning. Inmate Solis is charged with hindering with apprehension. Inmate Solis is the sister of inmate O'neal.

*Christopher Philbert*

**Christopher Philbert – Sergeant**

**Clayton County Sheriff's Office**

9157 Tara Blvd.

Jonesboro, GA 30236

**Office**: 770-477-3366 / **Cell**: 678-898-7175

**Fax:** 770-477-3903

**Email:** Christopher.Philbert@claytoncountyga.gov

The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.

**Re: Sheriff Walk Through**

| |
|---|
| **TG** |

Terrance Gibson <Terrance.Gibson@claytoncountyga.gov>
Sat 10/12/2019 7:13 PM

☐

To:

• Sagar Das <Sagar.Das@claytoncountyga.gov>

Cc:

• Eugene Peterkin <Eugene.Peterkin@claytoncountyga.gov>;
• Roland Boehrer;
• Lewis Lyons <Lewis.Lyons@claytoncountyga.gov>

+31 others

> **This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Good job!!!

Terrance D. Gibson Sr.
**Terrance D. Gibson Sr.  – Correctional Captain**
**Assistant Jail Administrator**
**Administrative Operations**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4418 / **Cell:** 678-898-4552
**Fax:** 678-479-5371
**Email:** Terrance.Gibson@claytoncountyga.gov

Matthew 5:16

Let your light so shine before men, that they may see your good works, and glorify your Father which is in heaven.

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.

On Oct 12, 2019, at 3:05 PM, Sagar Das <Sagar.Das@claytoncountyga.gov> wrote:

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Today,

At approximately 1435 Hours, Sheriff V. Hill conducted rounds in Intake and in the Infirmary to speak to Inmate Oneil, Timothy, LE#2100478. Per Sheriff Hill Inmate McDonald, Tony, LE#222950 was placed in the Safety Restraint Chair for failing to follow para military rules/regulation of the facility. No further discrepancies were discovered.

*Sagar Das*

**Sagar Das – Correctional Sergeant (Evening Watch)**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4415
**Email:** Sagar.das@claytoncountyga.gov

## Re: Hospital Detail - Inmate Timothy Oneil LE#2100478

**BW**

Benjamin Walker <Benjamin.Walker@claytoncountyga.gov>
Wed 10/9/2019 12:23 AM

☐

To:

- John Brooks <John.Brooks@claytoncountyga.gov>;
- Anthony Washington <Anthony.Washington@claytoncountyga.gov>

+27 others

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Lieutenant Orr and Dep. Lee are currently at Southern Regional with Inmate Oneil. Sheriff Hill has been updated.

Benjamin Walker – Correctional Lieutenant
Morning Watch Commander
Clayton County Sheriff's Office
9157 Tara Blvd.
Jonesboro, GA 30236
Office: 770 478-5687 / Cell: 678-898-5400
Email: Benjamin.Walker@claytoncountyga.gov

---

**From:** John Brooks <john.brooks@claytoncountyga.gov>
**Sent:** Tuesday, October 8, 2019 11:50 PM
**To:** Anthony Washington; Benjamin Manley; Benjamin Walker; Billy Butts; Corey Hill; Demetris Johnson; Elston Covington; Eugene Peterkin; Gwenevere McCord; James Duhart; Jateela Robinson; John Brooks; Jorey Clark; Kendrix Burns; Keonye Jackson; Kevin Thomas; Leconte Jackson; Lewis Lyons; Maurice Johnson; Natasha Moseley; Paul Barnes; Rayjaunda Hardnett; Richard Moen; Robert Pauls; Roland Boehrer; Sagar Das; Shon Hill; Tabatha Givens; Terrance Gibson; Victor Hill
**Subject:** Hospital Detail - Inmate Timothy Oneil LE#2100478

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

| Inmate's Name | O'Neil, Timothy James, LE#2100478 |
|---|---|
| Date of Arrest | 10/08/2019 @ |
| Arresting Agency | Clayton County Police Department |
| Charges | • Fugitive From Justice |
| Court/Court Date | 10/09/2019  @10:00 a.m. |
| Holds | N/A |
| Bond Amount | N/A |

| Comments | At approximately 2148 hours, Central Control Officer A. Glenn called for all supervisors to "59"(meet with officer) infirmary on a "73" (rush). Upon my arrival I noticed Sergeant S. Das preforming chest compressions on an Inmate later identified as O'Neil, Timothy James, LE#2100478. Inmate O'Neil was having severe difficulty breathing and turning blue. Sergeant Das and I took turns doing chest compressions until the ambulance arrived on scene at 2200 hours. Paramedic Burrell medically accessed Inmate O'Neil and determined he was still breathing and had a strong pulse. Sergeant S. Das was the escorting officer in the rescue unit to Southern Regional Hospital. Due to Inmate O'Neil's charges the Field Division is sending a Deputy to sit with Inmate O'Neil. |
|---|---|

*Lieutenant John Brooks*

John Brooks – **Correctional Lieutenant**
**2nd Shift / Evening Watch Commander**
Clayton County Sheriff's Office
Jail Division
9157 Tara Blvd
Jonesboro, GA 30236
Office: 770-471-1122
Cell #: 678-260-8075
Fax #: 678-479-5371
Email: john.brooks@claytoncountyga.gov

Gwenevere McCord <Gwenevere.McCord@claytoncountyga.gov>
Wed 10/9/2019 10:58 AM

☐

To:

•           Jennifer Ley <Jennifer.Ley@claytoncountyga.gov>

Cc:

- Natasha Moseley <Natasha.Moseley@claytoncountyga.gov>;
- Santana Tate;
- Rayjaunda Hardnett

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

I am clear.  Thank you.

Respectfully,

    Gwenevere McCord
    Clayton County Sheriff's Office
     Morning Watch Supervisor
    Cell:  770-480-7539
    Gwenevere.mccord@claytoncountyga.gov
    "Stay away from negative people, they
      have a problem for every solution"
      ~Albert Einstein ~


On Oct 9, 2019, at 10:45 AM, Jennifer Ley <Jennifer.Ley@claytoncountyga.gov> wrote:


**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Good morning supervisors,

This inmate was booked in 10/09/2019 @ 0022hrs by clerk Evans.

This inmate was placed in MED inmate status instead of MAX.

Ms. Evans has been trained by me in Classifications for two weeks or so before returning back to the jail on an earlier date.

Ms. Evans is aware that all major case crimes are to be booked in as MAX and has a copy of those charges.

This did not take place in this booking process.

Second:

No arrest information was put in the computer for this inmate ?

Third:

The inmate status is showing PTM instead of PTF..?

Fourth:

Under the update screen the Payment Specification has been left out blank again.

Please address why this is continually to happen during the booking process.

Thank you

**Jennifer Ley – Classification Clerk**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
**Jonesboro, GA 30236**
**Office**: 770-477-4400 EXT.4443
**Fax:** 678-479-5371
**Email:** Jennifer.ley@claytoncountyga.gov

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any

## Noteworthy First Appearance

| CP |
|---|

Christopher Philbert <Christopher.Philbert@claytoncountyga.gov>
Wed 10/9/2019 8:05 AM

☐

To:

- Victor Hill;
- Roland Boehrer;
- Mitzi Bickers;
- Jonathan Manning <Jonathan.Manning@claytoncountyga.gov>;
- Eugene Peterkin <Eugene.Peterkin@claytoncountyga.gov>;
- Virginia Williams <Virginia.Williams@claytoncountyga.gov>;
- Andra Sykes <Andra.Sykes@claytoncountyga.gov>;
- Jimmy Black <Jimmy.Black@claytoncountyga.gov>

Cc:

- Eugene Nobles <Eugene.Nobles@claytoncountyga.gov>;
- Peter Thompson

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Inmate O'neal, Timothy LE # 2100478 is scheduled to appear in first appearance this morning. Inmate O'neal is charged with being a fugitive from justice. Inmate Oneil has an active warrant out of Nebraska for terroristic threats. Prior to entering the facility inmate Oneil was involved in a incident where he was discharging his firearms toward law enforcement officers.


Inmate Solis, Mary LE # 1733495 is scheduled to appear in first appearance this morning. Inmate Solis is charged with hindering with apprehension. Inmate Solis is the sister of inmate O'neal.


*Christopher Philbert*

**Christopher Philbert – Sergeant**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-3366 / **Cell**: 678-898-7175
**Fax:** 770-477-3903
**Email:** Christopher.Philbert@claytoncountyga.gov

The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.

Sagar Das <Sagar.Das@claytoncountyga.gov>
Tue 10/8/2019 9:14 PM

□

To:

• John Brooks <John.Brooks@claytoncountyga.gov>

This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728

| Inmate's Name | Oneil, Timothy James, LE#2100478 |
|---|---|
| Date of Arrest | 10/08/2019 @ |
| Arresting Agency | Clayton County Police Department |
| Charges | • Fugitive From Justice |
| Court/Court Date | 10/09/2019  @10:00 a.m. |
| Holds | N/A |
| Bond Amount | N/A |
| Comments | At Approximately 1538 hours, Inmate Oneil, Timothy James, LE#2100478, was escorted into the facility by Clayton County Police Department Officer D. Day on the above charges. Inmate Oneil has an active warrant and wanted out of Nebraska for a Felony Charge. Prior to entering the facility Inmate Oneil was involved in a incident where he was discharging his firearms toward law enforcement officers. Clayton County Police Department Detective T. Johnson advised me that they will be taking out 13 counts of Aggravated Assault. The Department Of Justice (ATF) advised to me also that they will be taking out additional warrants on Inmate Oneil on the charge of Aggravated Assault on Federal Law Enforcement Officers. There is currently no state warrants or committal documents on the additional charges that are being taken out. The warrants/ additional charges are forthcoming. He is currently booked in under Fugitive From Justice. Per Sheriff V. Hill Inmate Oneil has been placed on "53" (Suicide Observation) MH-07 and further Mental Health Evaluation. Inmate Oneil will receive three days of special management meals (Nutri-Loaf).<br><br>Inmate Oneil sister Inmate Solis, Mary Ellen was also escorted into the facility at 2020 Hours on the charge of Hindering w/ Apprehension. Inmate Solis is currently going through the book in process. Inmate Solis is placed in IH-04<br><br>Inmate Solis, Mary Ellen husband Inmate Solis, Hector Manuel, LE#1663863, was also escorted into the facility earlier on the charge of Criminal Damage- 2nd Degree. Inmate Solis is placed in IH-05 |

*Sagar Das*

**Sagar Das – Correctional Sergeant (Evening Watch)**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4415
**Email:** Sagar.das@claytoncountyga.gov

**News Worthy Arrest**

<table>
<tr><td style="background-color:#8B5A2B; text-align:center; color:blue;">**SD**</td></tr>
</table>

Sagar Das <Sagar.Das@claytoncountyga.gov>
Wed 10/9/2019 1:06 AM

☐

To:

- Eugene Peterkin <Eugene.Peterkin@claytoncountyga.gov>;
- Roland Boehrer;
- Lewis Lyons <Lewis.Lyons@claytoncountyga.gov>

+33 others

This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728

| Inmate's Name | Oneil, Timothy James, LE#2100478 |
|---|---|
| Date of Arrest | 10/08/2019 @ |
| Arresting Agency | Clayton County Police Department |
| Charges | • Fugitive From Justice |
| Court/Court Date | 10/09/2019  @10:00 a.m. |
| Holds | N/A |
| Bond Amount | N/A |
| Comments | At Approximately 1538 hours, Inmate Oneil, Timothy James, LE#2100478, was escorted into the facility by Clayton County Police Department Officer D. Day on the above charges. Inmate Oneil has an active warrant and wanted out of Nebraska for a Felony Charge. Prior to entering the facility Inmate Oneil was involved in a incident where he was discharging his firearms toward law enforcement officers. Clayton County Police Department Detective T. Johnson advised me that they will be taking out 13 counts of Aggravated Assault. The Department Of Justice (ATF) advised to me also that they will be taking out additional warrants on Inmate Oneil on the charge of Aggravated Assault on Federal Law Enforcement Officers. There is currently no state warrants or committal documents on the additional charges that are being taken out. The warrants/ additional charges are forthcoming. He is currently booked in under Fugitive From Justice. Per Sheriff V. Hill Inmate Oneil has been placed on "53" (Suicide Observation) MH-07 and further Mental Health Evaluation. Inmate Oneil will receive three days of special management meals (Nutri-Loaf).<br><br>Inmate Oneil sister Inmate Solis, Mary Ellen was also escorted into the facility at 2020 Hours on the charge of Hindering w/ Apprehension. Inmate Solis is currently going through the book in process. Inmate Solis is placed in IH-04 |

Inmate Solis, Mary Ellen husband Inmate Solis, Hector Manuel, LE#1663863, was also escorted into the facility earlier on the charge of Criminal Damage- 2nd Degree. Inmate Solis is placed in IH-05

# CLAYTON COUNTY SHERIFF'S OFFICE
## SHERIFF VICTOR HILL



**ONEIL TIMOTHY JAMES**

Photo Date: 10/8/2019 6:09:51 PM          LE#2100478

.

*Sagar Das*

**Sagar Das – Correctional Sergeant (Evening Watch)**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4415
**Email:** Sagar.das@claytoncountyga.gov

Reply
Reply all
Forward

## Hospital Detail Returned back to Facility

**EC**

Elston Covington <Elston.Covington@claytoncountyga.gov>
Thu 10/10/2019 4:13 PM

To:

- Benjamin Manley <Benjamin.Manley@claytoncountyga.gov>;
- Benjamin Walker <Benjamin.Walker@claytoncountyga.gov>;
- Billy Butts

+29 others

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Inmate Oneil, Timothy LE#2100478 has returned from the Southern Regional Hospital and placed on 53 watch per Sheriff V. Hill and will receive three days of Special Management Meals.



**CLAYTON COUNTY SHERIFF'S OFFICE**
**SHERIFF VICTOR HILL**

**ONEIL TIMOTHY JAMES**

Photo Date: 10/8/2019 6:09:51 PM        LE#2100478

## Intake Interview

| SD |
|---|

Sagar Das <Sagar.Das@claytoncountyga.gov>
Tue 10/8/2019 6:42 PM

☐

To:

- Eugene Peterkin <Eugene.Peterkin@claytoncountyga.gov>;
- Roland Boehrer;
- Lewis Lyons <Lewis.Lyons@claytoncountyga.gov>

+33 others

**This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728**

Today ,

At approximately 1800 Hours, Department of Justice ATF James Nash and Clayton County Police Department Detective Todd Johnson entered the facility to interview Inmate Oneil, Timothy LE#2100478.

*Sagar Das*

**Sagar Das – Correctional Sergeant (Evening Watch)**
**Clayton County Sheriff's Office**
9157 Tara Blvd.
Jonesboro, GA 30236
**Office**: 770-477-4415
**Email:** Sagar.das@claytoncountyga.gov

**Fugitive Warrant Processed in Intake**

AM

Automated Message <ZAP.MESSAGE@CO.CLAYTON.GA.US>
Tue 10/8/2019 5:28 PM

To:

- JERRY.BARNES@CLAYTONCOUNTYGA.GOV;
- CAROL.PARAMORE@CLAYTONCOUNTYGA.GOV;
- Darrell Harris

+8 others

This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728

ONEIL TIMOTHY JAMES, LE# 2100478,
 has been booked in on a FUGITIVE JUSTIC offense.
Warrant# 2019WA17590

SJI110R

**Discipline Report Added**

AM

Automated Message <ZAP.MESSAGE@CO.CLAYTON.GA.US>
Tue 10/8/2019 10:29 PM

To:

- Angela Redding;
- Terrance Beadles

This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728

Disciplinary report for ONEIL TIMOTHY JAMES, LE# 2100478 was entered on 10/08/2019.

SHR ADDDSPACT

**Defendant Name change for Le# 2100478**



CAS016R-BI <ZAP.MESSAGE@CO.CLAYTON.GA.US>
Wed 10/9/2019 4:57 AM

To:

- Karla Euler;
- DIANE.CHRISTIAN@CLAYTONCOUNTYGA.GOV;
- Toie Lewis

This email originated from inside your organization. The contents of this email should be safe. Clayton County Service Desk - x83728

From ONEIL, TIMOTHY JAMES
To ONEAL, TIMOTHY JAMES
2019CW54345  2019WA17590

CAS CASEMGMTMC