IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY O'NEIL,<br><br>          Plaintiff,<br>v.<br><br>SHERIFF VICTOR HILL,<br><br>          Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-04173-AT-CCB |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT'S REPLY BRIEF**

COME NOW plaintiff and defendant Sheriff Victor Hill (hereinafter "defendant"), by and through their respective counsel of record, and pursuant to FED. R. CIV. P. 6(b) respectfully request that the Court extend the time within which the defendant shall have to file his reply brief in support of his motion to dismiss (Docs. 4-6) through and including March 14, 2022. The current deadline is February 28, 2022.

Attorney Ali Sabzevari and his wife welcomed their first child on February 14, 2022. As a result of this family event, the defendant requests a two-week extension to finalize his reply brief. Plaintiff has consented to this request. A proposed order is attached hereto for the Court's convenience.

This 21st day of February, 2022.

**Prepared by:**

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

Attorneys for Sheriff Victor Hill

**Consented to by:**

**ESHMAN BEGNAUD, LLC**

*/s/ Mark Begnaud*
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com

315 W. Ponce De Leon Ave
Suite 775
Decatur, Georgia 30030
(404) 491-0170 (telephone)

                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY BRIEF** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record:

Mark Begnaud & Michael Eshman
Eshman Begnaud, LLC
315 W. Ponce De Leon Ave
Suite 775
Decatur, GA 30030
mbegnaud@eshmanbegnaud.com

This 21st day of February, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)