IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY O'NEIL,<br><br>    Plaintiff,<br>v.<br><br>SHERIFF VICTOR HILL,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-04173-AT-CCB |

**O R D E R**

Having considered the consent motion for extension of time to file defendant's reply brief in support of his motion to dismiss, and for good cause shown, the Motion is GRANTED. IT IS HEREBY ORDERED that the time in which defendant Sheriff Victor Hill must file his reply brief is hereby extended through and including March 14, 2022.

**IT IS SO ORDERED** this ___ day of _____, 2022.

_____
Amy M. Totenberg
UNITED STATES DISTRICT JUDGE