IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY O'NEIL,

Plaintiff,

v.

SHERIFF VICTOR HILL,

Defendant.

CIVIL ACTION FILE
NO. 1:21-CV-04173-AT-CCB

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW Kathryn White of the law firm of Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339-5948, and hereby enters her appearance as additional counsel of record for Defendant.

This 26th day of April 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Kathryn M. White*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

Kathryn M. White
Georgia Bar No. 528556
kathryn.white@fmglaw.com

*Attorneys for Defendant*

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)

# CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing **NOTICE OF ENTRY OF APPEARANCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

Mark Begnaud
Michael Eshman
Eshman Begnaud, LLC
315 W. Ponce De Leon Ave
Suite 775
Decatur, GA 30030

This 26th day of April, 2022.

*/s/ Kathryn M. White*
Kathryn M. White
Georgia Bar No. 528556
kathryn.white@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)