IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY O'NEIL,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF VICTOR HILL,<br><br>    Defendant. | Civil Action File No. 1:21-cv-04173-AT |

**NOTICE OF CONTINGENT SETTLEMENT**

Plaintiff Timothy O'Neil and Defendant Victor Hill, Parties hereto, jointly file this Notice of Contingent Settlement. The parties have reached an agreement to settle this matter and they have exchanged settlement documents. The only remaining items for finalizing the settlement are that the Clayton County Board of Commissioners needs to approve the signed release, which the parties anticipate will occur at the next board meeting on January 6, 2026, and that the settlement monies need to be issued to Plaintiff's counsel. Given this development, the parties therefore request that the Court excuse the parties from all upcoming deadlines, including the current January 2, 2026 deadline to submit the consolidated pre-trial order, and all trial-related deadlines.

1

4933-5589-6197, v. 3

This 30th Day of December, 2025.

        **ESHMAN BEGNAUD, LLC**

        */s/ Mark Begnaud*
        Mark Begnaud
        Georgia Bar No. 217641
        mbegnaud@eshmanbegnaud.com
        Attorneys for Plaintiff

315 W. Ponce De Leon Ave, Suite 775
Decatur, GA 30030
(404) 491-0170

        **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

        */s/ Michael Hoffer*
        Michael Hoffer
        Georgia Bar No. 359493
        Email: mhoffer@cmlawfirm.com
        Direct Dial: 404-737-8443

        *(Attorney for Defendant Hill)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF CONTINGENT SETTLEMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record who are CM/ECF participants.

This 30th Day of December, 2025.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Michael Hoffer*
Michael Hoffer
Georgia Bar No. 359493
Email: mhoffer@cmlawfirm.com
Direct Dial: 404-737-8443

*(Attorney for Defendant Hill)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

3

4933-5589-6197, v. 3