# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY O'NEIL,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF VICTOR HILL,<br><br>    Defendant. | Civil Action File No. 1:21-cv-04173-AT |

## JOINT STATUS REPORT ON SETTLEMENT

Plaintiff Timothy O'Neil and Defendant Victor Hill, Parties hereto, jointly file this Status Report on Settlement per the Court's docket entry order of January 8, 2026. The Clayton County Board of Commissioners approved the signed release at its January 6, 2026 board meeting, but the settlement monies still need to be issued to Plaintiff's counsel upon receipt of a notarized release. The parties therefore are not able to file a stipulation of dismissal until Plaintiff's counsel has received the settlement monies. The parties request that the Court allow additional time for the exchange of the notarized release and settlement monies.

1

4919-3312-9607, v. 3

This 12th Day of January, 2026.

**ESHMAN BEGNAUD, LLC**

*/s/ Mark Begnaud*
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com
Attorneys for Plaintiff

315 W. Ponce De Leon Ave, Suite 775
Decatur, GA 30030
(404) 491-0170

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Michael Hoffer*
Michael Hoffer
Georgia Bar No. 359493
Email:  mhoffer@cmlawfirm.com
Direct Dial:  404-737-8443

*(Attorney for Defendant Hill)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 10th day of September, 2025.

        **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

        */s/ Michael Hoffer*
        Michael Hoffer
        Georgia Bar No. 359493

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT STATUS REPORT ON SETTLEMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record who are CM/ECF participants.

This 12th Day of January, 2026.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Michael Hoffer*
Michael Hoffer
Georgia Bar No. 359493

*(Attorney for Defendant Hill)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

4919-3312-9607, v. 3