**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TIMOTHY O'NEIL,

    Plaintiff,

v.

SHERIFF VICTOR HILL,

    Defendant.

Civil Action File No. 1:21-cv-04173-AT

## STIPULATION OF DISMISSAL

All parties to the above-styled lawsuit stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this civil action be dismissed with prejudice as to all claims and causes of action asserted in this matter.  Pursuant to the Court's January 15, 2026 Order (Doc. 108), the parties confirm that the entirety of the settlement monies have been paid by Clayton County, as this matter was not a matter that arose out of the criminal conviction of Defendant Hill. Further, although this case is stayed due to the pending bankruptcy of Defendant Hill (Doc. 106), the Court is able to approve this dismissal without violating the automatic stay, as "voluntary dismissals assist rather than interfere with the goals of Chapter 11." See Slay v. Living Centers East, Inc., 249 B.R. 807 (S.D. Ala. 2000).

1

4913-5980-9422, v. 3

Each party shall bear its own costs and fees.

This 9th Day of February, 2026.

**ESHMAN BEGNAUD, LLC**

*/s/ Mark Begnaud*
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com
Attorneys for Plaintiff

315 W. Ponce De Leon Ave, Suite 775
Decatur, GA 30030
(404) 491-0170

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Michael Hoffer*
Michael Hoffer
Georgia Bar No. 359493
Email:  mhoffer@cmlawfirm.com
Direct Dial:  404-737-8443

*(Attorney for Defendant Hill)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing **<u>STIPULATION OF</u>** **<u>DISMISSAL</u>** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record who are CM/ECF participants.

This 9th Day of February, 2026.

**Cruser, Mitchell, Novitz, Sanchez,**
**Gaston & Zimet, LLP**

*/s/ Michael Hoffer*
Michael Hoffer
Georgia Bar No. 359493
Email:  mhoffer@cmlawfirm.com
Direct Dial:  404-737-8443

*(Attorney for Defendant Hill)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

4913-5980-9422, v. 3